WEBSTER BANK *v.* DANIEL MICHAELESCO ET AL.
(AC 26701)

Gruendel, Harper and Foti, Js.

Argued February 8—officially released March 21, 2006

Per Curiam. The judgment is affirmed.

STEPHEN H. HAMILTON *v.* AGNES C. MATTHEWS
(AC 25878)

Bishop, McLachlan and Hennessy, Js.

Submitted on briefs February 23—officially released March 21, 2006

Per Curiam. The judgment is affirmed.

EDWARD A. JAZLOWIECKI *v.* GLENN LAUZIER
(AC 26374)

Bishop, McLachlan and Hennessy, Js.

Submitted on briefs February 23—officially released March 21, 2006

Per Curiam. The judgment is affirmed.